IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

U.S. DISTRICT COURT
DISTRICT OF MAINE
BANGOR
RECEIVED & FILED
2026 AUG -4 A 9: 02

**STEPHEN L, CARLE**

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

**MERIT SYSTEMS PROTECTION BOARD**

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Civil No. 1: 26-cv-00391-LEW
*(to be filled in by the Clerk's Office)*

Jury Trial:   ☐ Yes   ☒ No
*(check one)*

2

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | STEPHEN L. CARLE |
| Street Address | 108 CANTERBURY ROAD |
| City and County | BREWER    PENOBSCOT |
| State and Zip Code | MAINE    04412 |
| Telephone Number | 207-570-1100 |
| LOWER CASE E-mail Address | SLC1.Laker@YAHOO.COM |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | CRAIG A. BERG |
| Job or Title (if known) | JUDGE |
| Street Address | 1601 MARKET STREET SUITE 1700 |
| City and County | PHILADELPHIA, PA    PHILADELPHIA COUNTY |
| State and Zip Code | PA    19103 |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | HENRY J. KERNER |
| Job or Title (if known) | MSPB CHAIRMAN |
| Street Address | 1615 M STREET NW |
| City and County | WASHINGTON |

3

State and Zip Code  DISTRICT OF COLUMBIA 20419

Telephone Number

E-mail Address
(if known)

Defendant No. 3

Name  JAMES J. WOODRUFF II

Job or Title  JUDGE
(if known)

Street Address  1615 M STREET NW

City and County  WASHINGTON  DC

State and Zip Code  DISTRICT OF COLUMBIA 20419

Telephone Number

E-mail Address
(if known)

Defendant No. 4

Name

Job or Title
(if known)

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address
(if known)

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two
types of cases can be heard in federal court: cases involving a federal question and cases
involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising
under the United States Constitution or federal laws or treaties is a federal question case.
Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another
State or nation and the amount at stake is more than $75,000 is a diversity of citizenship
case.  In a diversity of citizenship case, no defendant may be a citizen of the same State
as any plaintiff.

4

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.   If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

5th AMENMENTS TO THE US CONSTITUTION

18 USC CHAPTER 242 — DEPRIVATION OF RIGHTS UNDER THE COLOR LAW

PUBLIC LAW 88-352 — CIVIL RIGHTS - DISCRIMINATION

**B.   If the Basis for Jurisdiction Is Diversity of Citizenship**

1.   The Plaintiff(s)

a.   If the plaintiff is an individual

The plaintiff, *(name)* _____, is a citizen of
the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

a.   If the defendant is an individual

The defendant, *(name)* _____, is a citizen of
the State of *(name)* _____. *Or* is a citizen of
*(foreign nation)* _____.

5

b.    If the defendant is a corporation

The defendant, *(name)* _____, is
incorporated under the laws of the State of *(name)*
_____, and has its principal place of
business in the State of *(name)* _____. *Or* is
incorporated under the laws of *(foreign nation)*
_____, and has its principal place of
business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

_____

_____

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

....

6

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

## V.    Closing

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: AUG  3  , 20 26

Signature of Plaintiff        Stephen L. Carle

Printed Name of Plaintiff        STEPHEN   L   CARLE

7

Part III Statement of Claim

I filed an MSPB 185 about OPM's racial discrimination, whistleblower retaliation, and multiple criminal violations over 51 months. It was submitted via USPS on January 8, 2025. These criminal violations were committed under the color of law and denied my right to due process and equal protection. On December 17, 2024, an unqualified staff member issued OPM's adverse final order based on an unlawful audit. MSPB denied my appeal which is at issue.

The following addresses OPM's systematic denial of due process and equal protection with their unlawful file possession and audits. OPM unlawfully switched my retirement system during OPM's retirement processing in August of 2021 to defraud me of my annuity over deductions. OPM created their pretext to retain my file for upcoming audits to issue their related August 3, 2023, and December 17, 2024, orders. OPM Retirement Services unlawfully ignored all relevant FOIA requests.

Judge Craig A Berg accepted OPM's final order as legitimate and issued MSPB's January 10, 2025 acknowledgement order. His order Included instructions and relevant 5 CFR regulations. In this material was a statement that this court does not accept discrimination complaints about minority races by majority race people. That was the situation at the time of filing. MSPB appears to have an institutional racial bias.

During processing, Judge Craig Berg ignored Sherry Smith-Carle's and my case management questions. For 4 months, Judge Craig Berg provided no prehearing conferences nor any hearing. Judge Craig Berg issued OPM two orders on Jan. 10, and April 23, 2025 for OPM to respond to my appeal. OPM neither defended itself nor refuted my appeal. Judge Berg did not sanction OPM nor rule for the appellant.

On May 5, 2025, Judge Berg issued a stay of proceedings to avoid sanctioning OPM. Sherry Smith-Carle submitted her own MSPB 185 about OPM. Judge Berg promptly and prematurely ended his stay of proceedings without my approval. As verified by USPS

8

tracking, Judge Berg changed the date of receipt of Sherry's appeal from 11:03 on May 13, 2025 to May 14, 2025. Judge Berg unlawfully rejected it as untimely and returned her lawful appeal without recording it in the docket. In an undocketed covering letter, Judge Berg wrote that Sherry's material was already in the docket and rejected it. In conflict with that, Judge Berg ignored her material in the docket with his decision.

6   Judge Berg issued his order of dismissal for lack of jurisdiction and dated it May 13, 2025. Judge Berg and OPM had ex parte communication resulting in a secret verbal deal. In violation of relevant regulations, MSPB dismissed my appeal for lack of jurisdiction. OPM never issued an order permanently dismissing this OPM order under appeal as required. In conflict, OPM issued their December 17, 2024 order.

7   I filed a timely petition for review by USPS to MSPB that was not rejected. Unlawfully, MSPB issued no acknowledgement order. MSPB had no quorum until October 28, 2025. Chairman Henry Kerner had my petition for review under his consideration for fourteen months.

8   MSPB issued their July 8, 2026, final order that addressed no matters of my petition for review as required. The Board found no problem with Judge Berg's racial discrimination and denial of due process.

9   The Board wrote there was new information. The Board used their "new" undisclosed information which the Board itself unlawfully inserted into this docket to dismiss my Petition for review. It is not new information. For over two years, OPM hid that from me, other OPM staffers, Rep. Jarod Golden, Senator Collins and MSPB.

10   MSPB rejected OPM's September 14, 2025, untimely pleading.  This was likely MSPB's "new Information." OPM kept it hidden with their August 8, 2023 and December 17, 2024 orders. MSPB is prohibited from submitting evidence into dockets. Their deciding factor was MSPB's unlawfully introduced, undescribed evidence. MSPB put this into the docket to manufacture their grounds for their adverse disposition of my petition for review.

11. What is at issue remains. MSPB approved OPM's slashing my annuity by about 10% based on an unsupported claim of a 54 day error in the computation of my part-time work 40 years earlier. Should OPM have created a 540-day error instead, OPM could have taken 100% of my annuity earned over 41 years. MSPB's racial discrimination requires them to protect racial minorities despite the reality of OPM's and MSPB's fraud.

12. OPM had the burden of proof, but failed to defend its' orders, despite regulations and orders to do so. MSPB can sanction OPM and reverse OPM's order for this. MSPB cannot rule for OPM due to OPM's unlawful order and OPM's failure to defend. MSPB has clearly violated my right to due process.

13. Recent case law removed high barriers to proving discrimination. Case law rules unlawful orders are sufficient proof of discrimination. OPM and MSPB's unlawful orders prove racial discrimination. The preponderance of unlawful orders and denials of due process has no other explanation than racial discrimination. Case law proves MSPB does have jurisdiction over discrimination appeals submitted by racial majorities about racial minorities. As addressed in my initial appeal to MSPB, nearly all OPM abusers are racial minorities. MSPB's unlawful orders proved racial discrimination. MSPB's unlawful final order reflects racial discrimination more than impartial justice.

14. MSPB's nineteen-month long processing time created relevant TRAC factors. Combining my pro se status with the TRAC factors, OPM and MSPB have continued their race based issuance of adverse orders containing elements of fraud. MSPB's final decision did nothing to correct or deter either agency.

15. MSPB's many structural errors justify a reversal of their decision with prejudice. This is my request.

10

IV Relief

1  I request this court to reverse OPM order with prejudice due to OPM's and MSPB's years of victimizing us with their structural errors of constitutional, statutory, regulatory, professional and ethical violations.

2  I request the $27,042.93 claimed debt be negated. I request a refund of $800 for expenses for a scanner, printer, ink, paper, postage and travel.

3  If possible, OPM's racially targeted unlawful retention of and frequent unlawful audits of our files should be prevented. If possible, OPM should be prevented from having or suborning staffers issue their unlawful orders.

4  MSPB's unlawful accepting and processing of unlawful OPM orders should be stopped. MSPB and OPM's denials of our civil rights should be stopped. Since MSPB will not protect us from MSPB and OPM, I request this court to do so.

5  MSPB should be prevented from taking advantage of pro se appellants.

Thank-you

*Stephen Carle*

11

I certify the attached documents were sent this day,

Indicated to each of the following:

MSPB Judge Craig A. Berg,

MSPB, 1601 Market Street, Suite 1700, Philadelphia, PA 19103

By  USPS

MSPB Chairman Henry J. Kerner

MSPB, 1615 M Street NW, Washington, DC 20419

By  USPS

MSPB Judge James J. Woodruff, II

MSPB, 1615 M Street NW, Washington, DC 20419

BY  USPS

U. S. Attorney for Eastern District of Penn, David Metcalf

US Attorney Office, 615 Chestnut St. Suite 1250, Philadelphia, PA 19106

By  USPS

U.S. Attorney for the District of Columbia Jeanie Ferris Pirro

U S  Attorney Office, 601 D Street NW, Washington, DC 20001

By  USPS

Attorney General of the United States Todd Blanche

Attorney General of the USA, US Dept. of Justice, 950 Pennsylvania Ave,

Washington, dc, 20530-1000

By  USPS

Clerk of the United States District Court, Jennifer Lyons

Margaret Chase Smith Federal Building, 202 Harlow Street, 3rd Floor, Bangor, Maine 04401

By  USPS

Signed by Stephen L. Carle, Appellant on August  4  2026

12